# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN ALEXIS BARAJAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF NEVADA,<br><br>　　　　　Respondent. | Case No. 2:19-cv-01122-GMN-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 10), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 10) is **GRANTED**. Respondents will have up to and including April 7, 2020, to file a response to the petition (ECF No. 6).

DATED: February 10, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　United States District Judge