# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN ALEXIS BARAJAS,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA,<br><br>Respondent. | Case No. 2:19-cv-01122-GMN-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 12) is **GRANTED**. Respondents will have up to and including May 22, 2020, to file a response to the petition (ECF No. 6).

DATED: April 8, 2020

_____
GLORIA M. NAVARRO
United States District Judge

1