UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN ALEXIS BARAJAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF NEVADA,<br><br>　　　　　Respondent. | Case No. 2:19-cv-01122-GMN-VCF<br><br>**ORDER** |

Petitioner having filed a motion to allow late filing and to enlarge time for response (ECF No. 16), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion to allow late filing and to enlarge time for response (ECF No. 16) is **GRANTED**. Petitioner will have up to and including August 4, 2020, to file and serve a response to the motion to dismiss (ECF No. 14).

DATED: June 18, 2020

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　United States District Judge

1