# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRISTIAN ALEXIS BARAJAS,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF NEVADA,<br><br>    Respondent. | Case No. 2:19-cv-01122-GMN-VCF<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 22), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 22) is **GRANTED**. Respondents will have up to and including August 27, 2020, to file and serve a reply to petitioner's opposition to the motion to dismiss (ECF No. 21).

DATED: August 7, 2020

_____
GLORIA M. NAVARRO
United States District Judge

1